BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-CR-00091 AWI |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER |
| | ) | OF FORFEITURE |
| v. | ) | |
| | ) | |
| JOHN EDWARD TEICHROW, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   Based upon the plea agreement entered into between plaintiff United States of America and defendant John Edward Teichrow it is hereby

   ORDERED, ADJUDGED AND DECREED as follows:

   1.   Pursuant to 18 U.S.C. § 2253, defendant John Edward Teichrow's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a)   One Toshiba Satellite laptop computer, serial number Y9229690K, and

   b)   One black SanDisk Cruzer USB storage device.

///

1         2.  The above-listed property constitutes property containing
2    visual depictions of a minor engaged in sexually explicit conduct
3    that has been mailed, or has been shipped or transported using any
4    means or facility of interstate or foreign commerce in violation of
5    18 U.S.C. § 2252(a)(4)(B), all in violation of 18 U.S.C. § 2253.
6         3.   Pursuant to Rule 32.2(b), the Attorney General (or a
7    designee) shall be authorized to seize the above-listed property.
8    The aforementioned property shall be seized and held by the
9    Department of Homeland Security, Customs and Border Protection, in
10   its secure custody and control.
11        4.   a.   Pursuant to 18 U.S.C. § 2253(b), incorporating 21
12   U.S.C. § 853(n), and Local Rule 171, the United States shall
13   publish notice of the order of forfeiture.  Notice of this Order
14   and notice of the Attorney General's (or a designee's) intent to
15   dispose of the property in such manner as the Attorney General may
16   direct shall be posted for at least 30 consecutive days on the
17   official internet government forfeiture site www.forfeiture.gov.
18   The United States may also, to the extent practicable, provide
19   direct written notice to any person known to have alleged an
20   interest in the property that is the subject of the order of
21   forfeiture as a substitute for published notice as to those persons
22   so notified.
23             b.   This notice shall state that any person, other than
24   the defendant, asserting a legal interest in the above-listed
25   property, must file a petition with the Court within sixty (60)
26   days from the first day of publication of the Notice of Forfeiture
27   posted on the official government forfeiture site, or within thirty
28

(30) days from receipt of direct written notice, whichever is earlier.

    5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

IT IS SO ORDERED.

Dated:  ___April 13, 2011___   /s/ signature
                                CHIEF UNITED STATES DISTRICT JUDGE