1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7
                IN THE UNITED STATES DISTRICT COURT
8
               FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,      )   CASE NO.: 1:11-CR-00091 AWI
                                  )
11              Plaintiff,        )   STIPULATION AND
                                  )   ORDER CONTINUING HEARING
12                                )   REGARDING RESTITUTION
                                  )
13         v.                     )
                                  )
14                                )
                                  )
15 JOHN EDWARD TEICHROW           )
                                  )
16              Defendant.        )
                                  )
17 _____)

18
19      IT IS HEREBY STIPULATED by and between the parties hereto
20 through their respective counsel, Stanley A. Boone, Assistant United
21 States Attorney for Plaintiff, and Eric V. Kersten, Attorney for
22 Defendant JOHN EDWARD TEICHROW, that the hearing regarding
23 ////
24 ////
25 ////
26 ////
27 ////
28 ////

_____
Stipulation & Order Continuing Hearing on Restitution

restitution currently set for December 5, 2011, at 9:00 a.m. be continued to January 17, 2012, at 9:00 a.m.

Respectfully submitted,

Dated: December 1, 2011          BENJAMIN B. WAGNER
                                 United States Attorney

                           By: /s/ Stanley A. Boone
                               STANLEY A. BOONE
                               Assistant U.S. Attorney


Dated: December 1, 2011    By: Eric V. Kersten
                               (as authorized on 12/01/11)
                               ERIC V. KERSTEN
                               Attorney for Defendant
                               JOHN EDWARD TEICHROW, JR.


### **ORDER**

IT IS ORDERED that the hearing regarding restitution be continued from December 5, 2011, to January 17, 2011, at 9:00 a.m.

IT IS SO ORDERED.

Dated:    December 1, 2011          _____
                                    CHIEF UNITED STATES DISTRICT JUDGE

---