BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:11-CR-00091 AWI |
|---|---|---|
| Plaintiff, | ) ) ) ) | STIPULATION AND ORDER CONTINUING HEARING REGARDING RESTITUTION |
| v. | ) ) ) | |
| JOHN EDWARD TEICHROW | ) ) ) | |
| Defendant. | ) ) ) | |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Eric V. Kersten, Attorney for Defendant JOHN EDWARD TEICHROW, that the hearing regarding

////
////
////
////
////
////

---

Stipulation & [Proposed] Order Continuing Hearing on Restitution

restitution currently set for February 21, 2012, at 10:00 a.m. be continued to April 16, 2012, at 10:00 a.m.

                                        Respectfully submitted,

Dated: February 14, 2012        BENJAMIN B. WAGNER
                                        United States Attorney

                                     By: /s/ Stanley A. Boone
                                         STANLEY A. BOONE
                                         Assistant U.S. Attorney


Dated: February 14, 2012      By:  Eric V. Kersten
                                              (as authorized on 02/14/12)
                                            ERIC V. KERSTEN
                                            Attorney for Defendant
                                            JOHN EDWARD TEICHROW, JR.


**ORDER**

    IT IS ORDERED that the hearing regarding restitution be continued from February 21, 2012, to April 16, 2012, at 10:00 a.m. IT IS SO ORDERED.

Dated:    February 15, 2012                           [signature]
                                              CHIEF UNITED STATES DISTRICT JUDGE