BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE  UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:11-CR-00091 AWI |
| Plaintiff, | STIPULATION RE: RESTITUTION and ORDER |
| v. | |
| JOHN EDWARD TEICHROW, JR., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney, for Plaintiff and Eric Kersten, Assistant Federal Defender, for Defendant that no restitution should be imposed by the court in light of the Ninth Circuit decision of United States v. Kennedy, 643 F.3d 1251 (2011), and as a result of the government's subsequent notice to victims and/or their representatives to supplement any restitution amount consistent with the Kennedy decision.

1

1    IT IS FURTHER STIPULATED that an amended judgment be entered
2 which reflects only that no restitution be imposed against this
3 defendant and that all other terms as set forth in the judgment
4 dated June 23, 2011, remain the same.
5    THE PARTIES FURTHER STIPULATE and waive the right to have
6 this matter heard at a sentencing hearing.

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: 4/17/2012            By   /s/ Stanley A. Boone
                                 STANLEY A. BOONE
                                 Assistant U.S. Attorney


DATE: 4/18/2012             By   /s/ Eric Kersten
                                 ERIC KERSTEN
                                 Attorney for
                                 JOHN EDWARD TEICHROW, JR.

**ORDER**

IT IS SO ORDERED.

Dated:    April 18, 2012
                                 CHIEF UNITED STATES DISTRICT JUDGE